LYNCH ET AL *vs.* BREWER.

APPEAL FROM THE COURT OF THE SIXTH DISTRICT, FOR THE PARISH OF RAPIDES, JUDGE KING OF THE FIFTH PRESIDING.

Appeal dismissed for want of proper parties.

This is a suit instituted by H. Erskine, Hugh Lynch, H. Robertson, and the legal representatives of Robert B. Menniss, deceased, heretofore trading under the firm of Menniss, Lynch & Co., against the defendant on his promissory note.

The defendant excepted to the petition, on the ground that one of the representatives of Menniss was a minor. The exceptions were overruled, and there was judgment for the plaintiffs, from which the defendant appealed.

Both the appeal and appeal bond, were taken against Hugh Lynch & Co.

*Elgee,* for the plaintiff, moved to dismiss the appeal for want of a proper appeal bond, or one given to the proper persons as appellees.

No counsel appeared for the defendant.

*Martin, J.,* delivered the opinion of the court.

The plaintiffs state that, heretofore, they were in partnership, under the firm of Menniss, Lynch & Co., and that the defendant became indebted to them. They had judgment accordingly, and the defendant prayed for and obtained an appeal from a judgment which he alleges was obtained against him by *Hugh Lynch & Co.,* and gave bond to that firm. The citation issued to Hugh Lynch & Co., and the record of the suit in which the plaintiffs had judgment was brought up. They have prayed for a dismissal of the appeal, on the ground that there was in fact none taken against them, no bond having been given, or citation issued to them.

WESTERN DIST.   The appellant does not appear in this court.  It would be
*October*, 1840.  difficult to find any reason for sustaining the appeal.

MAHLE
*vs.*
TERRY.          It is, therefore, ordered and decreed, that it be dismissed,
with costs.